PROB 12B
ED/AR (12/2012)




# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 11 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Name of Offender: Gary Joseph Berg          Case Number: 4:09CR00347-02 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       United States District Judge

Original Offense:   Aiding and Abetting Possession with Intent to Distribute Marijuana

Date of Sentence:   April 21, 2011

Original Sentence:  45 months Bureau of Prisons, 4 years supervised release, financial disclosure, sex offender treatment, polygraph, alcohol abstinence throughout the course of treatment, alcohol testing throughout supervision, sex offender registration, no direct contact with minors without written approval, no pornography, no computer or internet use without written permission, search, no sexually explicit telephone services, must submit bills, and $100 special penalty assessment

Type of Supervision: Supervised Release   Projected Release Date: March 30, 2014
                                          Projected Expiration of Supervision: March 29, 2018

U.S. Probation Officer: Brenna Willis-Cross | Asst. U.S. Attorney: Ed Walker | Defense Attorney: Chris Tarver

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall reside and participate in a residential re-entry center for a period of up to 12 months.**

## CAUSE

Mr. Berg reports he resided in Phoenix, Arizona, for the 25 years prior to his Bureau of Prison's placement. Mr. Berg reports no ties to the state of Arkansas and is currently listed as homeless. He has requested his conditions be modified to include residential reentry placement to Arizona, so community ties can be continued. It should be noted Arkansas does not have a residential reentry center that houses sex offenders. Additionally, Assistant Federal Public Defender Chris Tarver made contact with Mr. Berg and discussed the modification.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Gary Joseph Berg          Case Number: 4:09CR00347-02 BRW

_____          _____
Brenna Willis-Cross                         for Ed Walker
U.S. Probation Officer                      Assistant U.S. Attorney

Date: March 3, 2014                         Date: 3-10-14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

3-11-14
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Ed Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside and participate in a residential re-entry center for a period of up to 12 months.**

Witness: _Dayna Hoffman_
U.S. Probation Officer
Federal Caseworker
C/NC II RRC

Signed: _____
Probationer or Supervised Releasee

3-6-2019
DATE